# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00276-CV

**Trent Wind Farm, L.P., Appellant**

**v.**

**Texas Commission on Environmental Quality; and Margaret Hoffman,
Executive Director of the Texas Commission on
Environmental Quality, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN204045, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Trent Wind Farm, L.P., has filed an unopposed motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42(a)(1).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed

Filed:   September 23, 2004